*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

CHRISTOPHER WEISSWANG,

          Defendant.

- - - - - - - - - - - - - - - - - -x

INDICTMENT

10 CRIM 1009

## COUNT ONE

The Grand Jury charges:

1. On or about September 1, 2010, in the Southern District of New York, CHRISTOPHER WEISSWANG, the defendant, did forcibly assault, resist, oppose, impede, intimidate and interfere with persons designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and did inflict bodily injury, to wit, WEISSWANG assaulted and forcibly resisted his arrest by two Deputy United States Marshals acting to execute outstanding arrest warrants on WEISSWANG.

(Title 18, United States Code, Sections 111 and 2.)

_____
FOREPERSON

10/25/10

_____
PREET BHARARA
UNITED STATES ATTORNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
5 OCT 2010

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER WEISSWANG,

Defendant.

---

INDICTMENT

10 Cr. ___ (___)

(18 U.S.C. §§ 111 and 2).

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

10/25/10

Indictment filed, case assigned to Judge Hellerstein.
— Freeman, USMJ