UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    MISDEMEANOR
                                         INFORMATION
         - v. -                     :
                                         S1 10 Cr. 1009 (AKH)
CHRISTOPHER WEISSWANG,              :

         Defendant.                 :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 7 2011

COUNT ONE

The United States Attorney charges:

1. On or about September 1, 2010, in the Southern District of New York, CHRISTOPHER WEISSWANG, the defendant, did forcibly assault, resist, oppose, impede, intimidate and interfere with persons designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, to wit, WEISSWANG assaulted and forcibly resisted his arrest by two Deputy United States Marshals acting to execute outstanding arrest warrants on WEISSWANG.

(Title 18, United States Code, Section 111(a)(1).)

*[signature]*
PREET BHARARA
United States Attorney

MICROFILMED
SEP 1 9 2011

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER WEISSWANG,

Defendant.

---

MISDEMEANOR
INFORMATION

S1 10 Cr. 1009 (AKH)

(Title 18, United States Code, Section 111(a).)

PREET BHARARA
United States Attorney.

---

9/7/11 misdemeanor information filed. Deft pres w/atty. Matt Kluger; AUSA Nola Heller pres; Court reporter Tara Jones pres.; Deft enters a plea of guilty to S1 10 Cr 1009 misdemeanor information. PSI ordered. Sentencing set for 12/8/11 @ 11:00 a.m., Deft cont'd remanded.

Hellerstein, J.