

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 5, 2011

**BY FAX**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered
12-5-11
[signature] AKH

Re: *United States v. Christopher Weisswang*, S1 10 Cr. 1009 (AKH)

Dear Judge Hellerstein:

    The sentencing in the above-captioned case is currently scheduled for December 8, 2011, at 11 a.m.. The parties write to jointly request a brief adjournment of the matter, until December 15, 2011, at 10:30 a.m. The adjournment is requested to allow defense counsel to complete his sentencing submission, which he expect to make on or about December 8, 2011, and to allow the Government a chance to respond to that submission, if it so chooses.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: [signature]
Nola B. Heller
Assistant United States Attorney
Tel.: (212) 637-2631

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/11

cc: Matthew Kluger, Esq. (Counsel for Weisswang, by email)